IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY GOODLOE, JR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-62-X (BT) |
| | § | |
| US DISTRICT COURT NORTHERN | § | |
| DIVISION, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and Recommendations in this case. No objections were filed. Finding no error in the Magistrate Judge's report, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. **Goodloe is WARNED that if he continues to file frivolous *pro se* cases in this Court, sanctions and/or a filing bar may be imposed.**

**IT IS SO ORDERED** this 6th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE